KURT A. KAPPES – SBN 146384
kappesk@gtlaw.com
MICHAEL D. LANE – SBN 239517
lanemd@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

JORDAN D. GROTZINGER – SBN 190166
grotzingerj@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
ECI SOFTWARE SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ECI SOFTWARE SOLUTIONS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ERP SQL PRO INC., a California corporation; and DOES 1-10,<br><br>            Defendants. | CASE NO.  LA CV19-01966 JAK (AGRx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, the parties in this action have reached a settlement of all claims and actions for Case No: LA CV19-01966 JAK (AGRx);

NOW, THEREFORE,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the United Stated District Court, Central District of California, shall retain jurisdiction of this matter to enforce the terms of settlement; and

IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Respectfully submitted this 4th day of October 4, 2019.

DATED: October 4, 2019                    GREENBERG TRAURIG, LLP


By: */s/ Michael D. Lane*
   Kurt A. Kappes
   Michael D. Lane
   GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
   Sacramento, CA 95814
   Telephone: (916) 442-1111
   Facsimile: (916) 448-1709

   Jordan D. Grotzinger
   GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
   Los Angeles CA 90067
   Telephone: (310) 586-7700
   Facsimile: (310) 586-7800

   Attorneys for Plaintiff
   ECI Software Solutions, Inc.

///

///

///

DATED: October 4, 2019          THE ANNIGIAN FIRM, APC

By: */s/ Jason Annigian*
Jason D. Annigian
THE ANNIGIAN FIRM, APC
114 N. Indian Hill Blvd., Ste. E
Claremont, CA 91711
Telephone: (909) 981-0475
Facsimile: (909) 981-0113

### ATTESTATION OF E-FILED SIGNATURE

I, Michael D. Lane, am the ECF user whose ID and password are being used to file this Stipulation and Order to Stay Action Pending Arbitration. In compliance with Local Rule L.R. 5-4.3.4 (a)(2)(i), I hereby attest that Jason D. Annigian, counsel for ERP SQL Pro Inc. has concurred in this filing.

Date: October 4, 2019          By: */s/Michael D. Lane*
                                    **Michael D. Lane**