# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECI SOFTWARE SOLUTIONS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ERP SQL PRO INC., a California corporation; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. LA CV19-01966 JAK (AGRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE (DKT. 20)** |

Based on a review of the Stipulation of Dismissal Without Prejudice (the "Stipulation") (Dkt. 20), sufficient good cause has been shown. Therefore, the action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs of suit. The Court retains jurisdiction of this matter to enforce the terms of the settlement.

　　IT IS SO ORDERED.

Dated: October 21, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE